DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELI ELHADAD,**
Appellant,

v.

**AMY SIEGEL,**
Appellee.

No. 4D21-566

[February 25, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case Nos. 062020SC006868AXXXCE and 062020AP015586AXCCCE.

Eli Elhadad, Plantation, pro se.

Kenneth E. Keechl of Kenneth E. Keechl, P.A., Wilton Manors, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***